NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
RYAN WATERS (Cal. Bar No. 268015)
Special Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4493
     Facsimile: (213) 894-0142
     E-mail: Ryan.Waters@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>              v.<br><br>$1,804,879.22 IN BANK FUNDS,<br>$444,772.66 IN PAYPAL ACCOUNT<br>FUNDS, $12,740.00 IN U.S.<br>CURRENCY AND ONE YELLOW GOLD<br>ROLEX SKY-DWELLER WATCH<br><br>         Defendants. | No. 2:19-cv-06153<br><br>VERIFIED COMPLAINT FOR<br>FORFEITURE<br><br>18 U.S.C. §§ 981(a)(1)(A) and (C)<br>and 984<br><br>[U.S.S.S.] |

     Plaintiff United States of America brings this claim
against defendants $1,804,879.22 in Bank Funds, $444,772.66 in
PayPal Account Funds, $12,740.00 in U.S. Currency and One Yellow
Gold Rolex Sky-Dweller Watch, and alleges as follows:

<u>JURISDICTION AND VENUE</u>

1.   The government brings this <u>in rem</u> civil forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984.

2.   This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3.   Venue lies in this district pursuant to 28 U.S.C. § 1395(a).

<u>PERSONS AND ENTITIES</u>

4.   The plaintiff in this action is the United States of America.

5.   The defendants in this action (collectively, the "defendants") were seized pursuant to federal search and seizure warrants and consist of:

        a.   $444,772.66 in PayPal Account Funds seized on January 22, 2019 from accounts located in Los Angeles, California and including:

                i.   $433,687.55 seized from a PayPal Inc. account with the last four digits ending in 7206 ("PayPal Account 7206");

                ii.   $3,000.00 seized from a PayPal Inc. account with the last four digits ending in 4961 ("PayPal Account 4961"); and

                iii.   $8,085.11 seized from a PayPal Inc. account with the last four digits ending in 1813 ("PayPal Account 1813");

        b.   $1,804,879.22 in Bank Funds, including:

                i.   $435,178.53 in Bank Funds seized on January 22, 2019 from a JPMorgan Chase Bank account with the last four

2

digits ending in 6783 ("Chase Account 6783"), held in the name of Tier 1 Solutions Inc., and seized from an account located in Porter Ranch, California;

        ii.   $600,000.00 in Bank Funds seized on January 22, 2019 from a JPMorgan Chase Bank account with the last four digits ending in 7980 ("Chase Account 7980"), held in the name of Tier 1 Solutions Inc., and seized from an account located in Burbank, California;

        iii.   $519,700.69 in Bank Funds seized on January 23, 2019 from a Wells Fargo Bank account with the last four digits ending in 7435 ("Wells Fargo Account 7435"), held in the name of Streamvision Inc., and seized from an account located in Burbank, California; and

        iv.   $250,000.00 in Bank Funds seized on January 23, 2019 from a Wells Fargo Bank account with the last four digits ending in 9967 ("Wells Fargo Account 9967"), held in the name of Newwave Solutions, Inc. and seized from an account located in Montrose, California;

      c.   $12,740.00 in U.S. currency seized on January 23, 2019 from a Burbank, California residence; and

      d.   One Yellow Gold Rolex Sky-Dweller watch seized on January 23, 2019 from a Burbank, California residence.

    6.   The defendants are currently in the custody of the United States Secret Service ("USSS") in this District, where they will remain subject to this Court's jurisdiction during the pendency of this action.

    7.   The interests of Argishti Khudaverdyan, Alen Gharehbagloo, Edward Kudaverdian, Dina Gharehbagloo, Unlocks247,

Tier 1 Solutions Inc., Newwave Solutions, Inc., Streamvision Inc., and QTSink may be adversely affected by these proceedings.

FACTS SUPPORTING FORFEITURE

Background on Fraud Scheme Investigation

8.    On or about May 15, 2017, the USSS began an investigation into unauthorized access to proprietary T-Mobile US, Inc. ("T-Mobile") systems and tools using phishing and social engineering schemes after T-Mobile alerted the USSS of a compromise of T-Mobile's corporate network from an unknown source.  T-Mobile was a company with headquarters in Bellevue, Washington, and offices throughout the United States and Puerto Rico.  The compromise included user credentials of T-Mobile employees, T-Mobile's Mobile Device Unlock ("MDU") tool and International Mobile Equipment Identifier ("IMEI")[1] unblocking tools. These individuals were able to compromise T-Mobile employee credentials, which were then used to gain unauthorized access and abuse T-Mobile's customer service tools in order to fraudulently unlock cell phones on T-Mobile's network.  In order to access T-Mobile tools with compromised employee credentials, the individuals connected to a T-Mobile retail store Wi-Fi access point located in Burbank, California.

9.    T-Mobile locks cellular phone devices to prevent its devices from being used on other carriers' networks.  The MDU tool allows authorized T-Mobile employees to override or unlock

---

[1] IMEI is a unique serial number given to a device that allows the carrier's network to run a validation check when the device attempts to authenticate itself to the network.

a cellular phone device for use on other cellular service providers' mobile networks.  A cellular phone device can also be blocked and/or made ineligible for activity on the T-Mobile network if, for example, it is reported lost or stolen.  If that occurs, the T-Mobile IMEI blocking tool can be used by authorized employees to remove the block, thereby re-enabling the device to work on a cellular network.  Both the MDU tool and IMEI blocking tool use T-Mobile employee user credentials for authentication and are not accessible outside the T-Mobile network.

10.  Metro[2] by T-Mobile had its own cell phone unlocking tool for Metro cell phones called "MCare Unlock" (the "MCare tool") which was a web-based tool hosted externally to T-Mobile and designed for use by Metro business support personnel and external call center customer service representatives.  No end user authentication was required to use the MCare tool.  Access to the MCare tool was based off a set of IP address blocks assigned to T-Mobile/Metro locations.

11.  From in or about October 2017 to on or about April 30, 2018, T-Mobile Retail Store Wi-Fi access points in the Los Angeles, California area had compromised employee accounts connecting to and accessing the MDU and IMEI blocking tool.

---

[2] Metro by T-Mobile (formerly known as MetroPCS) is a company with headquarters in Richardson, Texas, that was acquired by T-Mobile USA on or about May 1, 2013.

12.    Argishti Khudaverdyan ("Khudaverdyan") and Alen Gharehbagloo ("Gharehbagloo") were identified as owners of a T-Mobile Premium Retail ("TPR")[3] location in Los Angeles, California, called Top Tier Solutions Inc., from approximately January 18 to June 17, 2017.  Khudaverdyan and Gharehbagloo each had their own T-Mobile-issued employee credentials, which were used to gain access to internal network Wi-Fi access points at T-Mobile retail stores in Texas and California from approximately February 28 to April 28, 2017.  Neither Khudaverdyan nor Gharehbagloo had authorization to use T-Mobile's MDU and IMEI blocking tools through their TPR employee credentials.

13.    In December 2016, T-Mobile employees began to receive phishing[4] emails on their corporate accounts similar in format to normal T-Mobile communications.  These emails solicited T-Mobile employee login credentials.  An unknown number of T-Mobile employees provided their login credentials in response to this email.

14.    Following discovery of the phishing email, T-Mobile investigators identified an embedded link to the domain,

---

[3] TPRs are independently-owned T-Mobile partner locations that are authorized to sell T-Mobile accessories, handsets, and services to customers.  As of December 16, 2016, TPR employees no longer had access to T-Mobile's MDU and IMEI blocking tools.

[4] Phishing is the fraudulent practice of sending emails purporting to be from a trusted source (e.g., reputable companies) in order to induce individuals to reveal personal information, such as passwords.

verifying-mail.us.   Based on records from Name.com, a domain name service provider, verifying-mail.us was registered on October 13, 2016 to an address on Shady Hollow Ct. in Northridge, California (the "Shady Hollow residence"). California Department of Motor Vehicles ("DMV") records show that the Shady Hollow residence is listed on Khudaverdyan's California driver's license.

15.   PayPal Account 4961 made a payment to Name.com on October 13, 2016.   Investigators believe the payment was for the registration of the domain verifying-mail.us.

16.   On or about March 29, 2017, Khudaverdyan's employee credential was used during an unauthorized Wi-Fi access session to the T-Mobile network at a store in Texas.   The individual using Khudaverdyan's T-Mobile employee credential accessed an Internet Protocol ("IP") address not associated with the T-Mobile network.   The external IP address is associated with the website unlockitall.com.   An open source search query on unlockitall.com listed the domain as registered to Khudaverdyan's email argikay@gmail.com[5], at the Shady Hollow Residence, and with Khudaverdyan's telephone number.

17.   From on or about March 25 to April 27, 2017, Khudaverdyan's employee credential was used to access the IMEI blocking tool, and conduct IMEI unblocking activity.   During

_____

[5] Google LLC, located in Mountain View, California, operated computers used by subscribers all over the world in interstate and foreign commerce and communications, and did not have any email servers in California.

7

that same time period, the employee credentials belonging to both Khudaverdyan and Gharehbagloo were used to access the MDU tool.  According to T-Mobile investigators, the access and use of the MDU and IMEI blocking tools is outside the scope of Khudaverdyan's and Gharehbagloo's authorized access.

18.  On or about April 28, 2017, an unknown device connected to a T-Mobile Wi-Fi access point in La Crescenta, California, using the employee credentials belonging to Khudaverdyan and Gharehbagloo.  On or about June 7, 2017, both Khudaverdyan and Gharehbagloo were interviewed by T-Mobile, after which both were terminated from employment.

T-Mobile Burbank Store's Wi-Fi Access Point

19.  On or about October 2017 to April 30, 2018, the Wi-Fi access point at the T-Mobile retail store located at 314 N. San Fernando Blvd, Burbank, California (the "T-Mobile Burbank Store") was accessed with compromised employee credentials on approximately a weekly basis.

20.  T-Mobile observed unique Machine Access Control ("MAC") addresses[6] connecting to the T-Mobile Burbank Store's corporate Wi-Fi, which is only accessible with employee user credentials. These MAC addresses were not within T-Mobile protocol.

21.  On or about January 4, 2018, USSS investigators went to the area of the T-Mobile Burbank Store and learned that the

---

[6] A MAC address is a unique identifier assigned, most commonly by manufacturer, to a network communication device, such as a wireless router or laptop computer that identifies the device on a network.

T-Mobile Wi-Fi signal extends only as far as approximately 20 to 30 feet from the T-Mobile Burbank Store.

22.   On or about April 27, 2018, an USSS investigator spoke to a Federal Bureau of Investigation ("FBI") agent and learned that on or about April 5, 2018, at approximately 8:21 p.m., the FBI agent was alerted that an unauthorized MAC address was emitting probe requests to the T-Mobile Burbank Store.  The FBI agent saw a female with long dark hair in her mid-30s on her cell phone, sitting at the restaurant Guisados, located approximately five feet away from the T-Mobile Burbank Store. According to T-Mobile investigators, also on or about April 5, 2018, at least 1,561 IMEI numbers were in the T-Mobile or Metro logs as being accessed, unlocked, or whitelisted[7] by the T-Mobile MDU and Metro Mcare tools.

23.   On or about April 17, 2018, at approximately 11:55 p.m., the FBI agent was alerted that an unauthorized MAC address was emitting probe requests to the T-Mobile Burbank Store.

24.   On or about April 18, 2018, the FBI agent conducted surveillance at the T-Mobile Burbank Store, and took a photo at approximately 12:39 a.m. of a gray Mazda Sport Utility Vehicle with a California license plate ending in H303 (the "Mazda") parked in the handicapped spot approximately 10-15 feet from the front entrance of the T-Mobile Burbank Store.  Inside the Mazda was the same female with long dark hair that the FBI agent had

---

[7] A whitelisted IMEI has been officially updated in T-Mobile's database to reflect the eligibility criteria has been overwritten.  A black listed IMEI has been reported lost or stolen and cannot be utilized on any carriers' network.

previously seen at Guisados on April 5, 2018.  The only device visible was a cellular phone.  At approximately 1:25 a.m., the Mazda drove away from the area of the T-Mobile Burbank Store. At approximately 1:35 a.m., the FBI agent left the T-Mobile Burbank Store and drove approximately two miles to Khudaverdyan's residence located in Burbank, California, and saw the Mazda in the driveway.

25.  Also on or about April 18, 2018, approximately 1,492 IMEI numbers were in the T-Mobile or Metro logs as being accessed, unlocked, or whitelisted by the T-Mobile MDU and Metro Mcare tools.

26.  The Mazda is registered to Nzhde Khudaverdyan, Khudaverdyan's uncle, at Pontiac Street in La Crescenta, California 91214 (the "Pontiac Street Residence").  On or about April 24, 2018, a Los Angeles Police Department detective queried the LexisNexis database for individuals residing at the Pontiac Street Residence and identified one of them as Karlet Torosyan ("Torosyan").  The FBI agent looked at the DMV photograph of Torosyan and determined that she closely resembled the female he saw sitting near the T-Mobile Burbank Store on April 5, 2018, and in the Mazda near the T-Mobile Burbank Store on April 18, 2018.

27.  On or about April 24, 2018, at approximately 10:17 p.m., T-Mobile investigators alerted USSS investigators of unauthorized Wi-Fi activity at the T-Mobile Burbank Store with a compromised employee credential.  At approximately 11:00 p.m., USSS investigators arrived at the T-Mobile Burbank Store and observed the Mazda in front of the T-Mobile Burbank Store,

approximately 10-15 feet from the front entrance.  A female with long dark hair in her mid-30s, who closely resembled the DMV photo of Torosyan, sat in the driver's seat of the Mazda, looking at an electronic device.  She sat in the same position for over 30 minutes.

28.  At approximately 11:35 p.m., T-Mobile restricted the employee credentials associated with the unauthorized activity at the T-Mobile Burbank Store.  Once that occurred, USSS investigators saw the female inside the Mazda reach down and begin to manipulate an object for several minutes.  At approximately 12:45 a.m., the female believed to be Torosyan drove away in the Mazda from the area of the T-Mobile Burbank Store.  USSS investigators followed her and saw her pull into the driveway of the Pontiac Street Residence at approximately 1:05 a.m.

29.  Also on or about April 24, 2018, from approximately 10:06 p.m. to 11:59 p.m., 1,473 IMEI numbers were in the T-Mobile or Metro logs as being accessed, unlocked, or whitelisted by the T-Mobile MDU and Metro Mcare tools.

30.  From on or about August 23 to August 28, 2017, Gharehbagloo's PayPal Account 1813 sent approximately $380 to Torosyan's PayPal account.  Also, on or about January 1 to June 14, 2018, Khudaverdyan's PayPal Account 7206 sent ten payments totaling approximately $5,893 to Torosyan's PayPal account.  Two of these payments occurred on April 5 and April 21, 2018.  Khudaverdyan knew Torosyan and compensated her for accessing the Wi-Fi with compromised employee credentials at the T-Mobile Burbank Store.

USSS Seattle Office Investigation and the Vira Brothers

31.   On or about October 11, 2013, the USSS Seattle office opened a case in response to a breach of the AT&T Wireless internal network.  AT&T investigators revealed a scheme to unlock phones through compromised corporate insiders.

32.   USSS investigators learned that the Vira brothers were involved in cell phone unlocking through their websites and would also send unlock requests to wholesale unlock suppliers such as Khudaverdyan.

33.   USSS investigators reviewed approximately 238 emails provided by the USSS Seattle office that Khudaverdyan had exchanged with the Vira brothers from approximately August 26, 2014 to January 18, 2017.  The emails contained approximately 81,318 IMEI numbers.  The following are examples of emails between Khudaverdyan and the Vira brothers:

          a.   On or about January 13, 2017, at approximately 4:52 a.m., Khudaverdyan emailed the Vira Brothers and stated, "These are all unlocked yesterday but I cant reply becuase *[sic]* I use 2 factor authentication and the app was on my phone. My phone was stolen so please respond on your end." The subject of the email was "T-Mobile's done."  A list containing 31 IMEI numbers was also provided in the email.  The email was signed "Yours truly, Argishti K."

          b.   On or about January 14, 2017, at approximately 8:36 a.m., Khudaverdyan emailed the Vira brothers and stated, "Here is the Second Batch that was done!!!  Please respond on your end."  The subject line of the email said "T-Mobile's done."  A list containing nine IMEI numbers was provided in the

email.

34.   From on or about January 10 through January 13, 2017, the 31 IMEIs listed in the emails between Khudaverdyan and the Vira brothers on January 13, 2017, were unlocked without authorization using T-Mobile's internal tools. From on or about January 12 through January 14, 2017, the nine IMEIs listed in the emails between Khudaverdyan and the Vira brothers on January 14, 2017, were unlocked without authorization using T-Mobile's internal tools.

35.   PayPal Account 7206 received approximately $16,823,531.20 from PayPal accounts belonging to the Vira brothers.  PayPal Account 4961 also received approximately $30,155 from PayPal accounts belonging to the Vira brothers. PayPal Account 1813 received approximately $1,304,326.15 from PayPal accounts belonging to the Vira brothers.

Google and PayPal Records

36.   From on or about May 9 through June 21, 2018, there were approximately eight emails sent from Gharehbagloo to Khudaverdyan at "Argikay@gmail.com", Khudaverdyan's email account.  Each email had a subject line that appeared to reference T-Mobile unlocks.  The eight emails each had an Excel spreadsheet containing approximately 8,198 IMEI numbers in total that also referenced T-Mobile, of which 8,169 were unique.  The following is an example of an email between Khudaverdyan and Gharehbagloo:

a.   On or about June 12, 2018, at approximately 9:34 a.m., Gharehbagloo emailed Khudaverdyan.  The subject of the email said "T-Mobile Unlock 6_12_2018."  The body of the email

stated "Here is the list 2056 pcs.......do you want to ask the buyers if they want to cancel or should we just submit the orders?"  Attached to the email was an Excel spreadsheet labeled "T_M_Unlocks_6_12_2018."  The Excel spreadsheet contained approximately 2,056 IMEI numbers.

37.  PayPal records show that Gharehbagloo's PayPal Account 1813 received approximately $4,180,752.80 from Khudaverdyan's PayPal Account 7206.  Khudaverdyan's PayPal Account 7206 also received approximately $1,235,219.52 from Gharehbagloo's PayPal Account 1813.

Order and Payments from Platinum Connections

38.  Khudaverdyan and Gharehbagloo also exchanged emails with payam@platinumconnections.net ("Payam"):

a.    From on or about December 5, 2017 through May 30, 2018, there were approximately 23 emails exchanged between Payam and Khudaverdyan.  Eleven of the emails had Excel spreadsheets with IMEI numbers.  In total, approximately 18,019 IMEI numbers were exchanged, of which approximately 9,983 were unique.

b.    On or about December 5, 2017, at approximately 1:42 p.m., Payam emailed Khudaverdyan an Excel spreadsheet labeled "LOCKED METRO PCS AND T-MOBILE PHONES FOR PAYAM."  The Excel spreadsheets contained two tabs labeled "METRO PCS" (which contained approximately 694 IMEI numbers) and "T-Mobile" (which contained approximately 635 IMEI numbers).

c.    On or about April 17, 2018, at approximately 12:26 a.m., Khudaverdyan forwarded Gharehbagloo the December 5, 2017, message from Payam and included the words "1857 Unlocked."

d.    On or about April 17, 2018, at approximately 4:49

14

p.m., Gharehbagloo emailed Khudaverdyan a PDF document labeled "Payam Invoice."  The invoice was from Top Tier Solutions Inc. to Platinum Connections Inc. for $12,070.50.

39.  A Wells Fargo account ending in 5549 (the "WF account 5549") was registered on January 23, 2017, to Top Tier Solutions Inc., Gharehbagloo and Khudaverdyan.  On April 18, 2018, WF Account 5549 received approximately $22,405 from Platinum Connections Inc.

Orders and Payments from Toro

40.  From April 4, 2016 through June 27, 2018, Khudaverdyan and Carlos Toro ("Toro") exchanged approximately 30 emails.  In total, there were approximately 6,459 IMEI numbers sent from Toro to Khudaverdyan, of which 5,596 were unique.  The following is an email exchange between Toro and Khudaverdyan:

a.   On or about April 20, 2018, at approximately 1:16 p.m., Toro sent Khudaverdyan an email with "Fwd: Tmo.xlsx" as the subject line.  The body of the email contained the following: "Argo we need a quote I'm interested in getting a quote for getting these devices unlocked."  Attached to the email was an excel spreadsheet which contained 247 IMEI numbers.

b.   On or about April 20, 2018, at approximately 2:31 p.m., Khudaverdyan replied to Toro: "248 Pieces 55.00 a piece all models to unlock."

c.   On or about April 30, 2018, at approximately 7:46 p.m., Khudaverdyan replied to Toro: "Hi, Carlos this invoice is for you."  Attached to the email was a PDF file labeled "Invoice_247.pdf" and the total amount of the invoice was $11,115.

41.  From January 11, 2016 through June 28, 2018, Khudaverdyan's PayPal Account 7206 received approximately $551,799.91 in total, including $11,115 from Toro's PayPal account on or about May 2, 2018.

Orders and Payments from Empire Wireless Group

42.  From May 19, 2016 through June 21, 2018, Khudaverdyan and Johnnie Cisneros ("Cisneros") exchanged approximately 66 emails.  40 of the emails that Cisneros sent to Khudaverdyan contained excel spreadsheet attachments.  Out of the 40 spreadsheets, 38 contained IMEI numbers.  In total, Cisneros sent approximately 20,945 IMEI numbers to Khudaverdyan, of which 17,296 were unique.  Approximately 19 emails said "TMO List…" in the subject line.  The following is an email exchange between Khudaverdyan and Cisneros:

a.  On or about August 11, 2016, at approximately 7:41 a.m., Cisneros sent an email to Khudaverdyan that stated "Argo, Please use the following Bank Account moving forward. The other account is no longer active.  Empire Wireless Group LLC 8333 NW 53RD ST STE 450 Doral FL, 33166 Wells Fargo Account…"

43.  From January 4, 2018 through March 12, 2018 Gharehbagloo's WF Account 7435 received approximately nine wire transfers totaling $100,000 from Empire Wireless Group belonging to Cisneros.

Orders and Payments Through Suspect Controlled Websites

44.  Khudaverdyan and Gharehbagloo would advertise their cell phone unlocking services to potential customers on the Internet through websites they controlled.  Khudaverdyan operated the websites unlocks247.com and swiftunlocked.com,

which enabled customers wanting their cell phones unlocked to directly purchase those services from Khudaverdyan and/or Gharehbagloo.

45.   From January 1, 2016 through August 11, 2016, Khudaverdyan received approximately 46,124 emails from the domain @swiftunlocked.com.  The subject line of all the emails said "New IMEI Order" and the body of each email contained at least one IMEI number, as well as a username and IP address.  In the 46,124 emails, there were approximately 62,407 IMEI numbers, of which 57,684 were unique.  Approximately 29,494 referenced T-Mobile of which 28,361 were unique and 4,071 referenced Metro, of which 3,927 were unique.

46.   From January 1 through January 13, 2016, Khudaverdyan received approximately 1,250 emails from the domain @unlocks247.com.  Khudaverdyan's recovery email w88repair@gmail.com was listed as an "Admin User" addressee in the "To" section of every email.  Each email had "New IMEI Order" in the subject line and contained at least one IMEI number.  There were approximately 1,385 IMEI numbers, of which 1,226 were unique, in the 1,250 emails.  The following is an example of an email sent from @unlocks247.com:

    Sat 1/2/2016 9:12 AM
    [FUSION]system@unlocks247.com
    New IMEI Order
    To: Admin User <w88repair@gmail.com> Brian z
    zinkbrian1@gmail.com, alec mousakhanian
    akhanian@gmail.com

    Service Name: T-Mobile IMEI Cleaning Blacklist Service
    includes iPhones (Clean Lost/Stolen & Blacklisted IMEI

    IMEI List:

353268070941774

Username : king3500
IP : 108.21.6.81

You can view Order from here.

47.   From approximately January 1, 2016 through
approximately October 8, 2018, Khudaverdyan's PayPal Account
4961 received thousands of payments associated with these
websites for an approximate total of $608,855.17.   The payments
were related to Unlocks247 invoices.

Financial Accounts Receiving and Laundering Proceeds from Scheme

   PayPal Account 7206 From Which the Government Seized
   $433,687.55

48.   PayPal Account 7206 was opened on or about June 2,
2014 by Edward Kudaverdian, Khudaverdyan's father.   From on or
about January 5, 2016 through January 23, 2019, PayPal Account
7206 received approximately $25,462,968.76 in proceeds from the
unlocking scheme.   The payments included the following:

      a.   From on or about July 20, 2016 through January
22, 2019, PayPal Account 7206 received approximately
$16,823,531.20 from PayPal Accounts belonging to the Vira
Brothers [paragraphs 31-35 above].

      b.   From on or about February 12, 2016 through
September 28, 2017, PayPal Account 7206 received approximately
$1,235,219.52 in proceeds from PayPal Account 1813.

      c.   From on or about January 11, 2016 through June
28, 2018, PayPal Account 7206 received approximately $551,799.91
from the PayPal account of Juan Toro [paragraphs 40-41 above].

      d.   From on or about January 5, 2016 through December

18

30, 2016, PayPal Account 7206 received approximately $253,599.40 from PayPal Account 4961.

         e.    In addition, from on or about March 15, 2016 through January 23, 2019, PayPal Account 7206 received payments for approximately $6,598,818.73 from individuals/businesses involved in unauthorized device unlocking.  Payments are linked to device unlocking based on email communications about IMEI numbers, text messages concerning device unlocking, PayPal transactions with the words "unlock" in the subject or name, and open source queries on email addresses leading to websites associated with device unlocking.

    49.  From on or about August 2, 2016 through January 20, 2019, PayPal Account 7206 transferred approximately $4,869,764.17 in proceeds to Chase Account 6783 over approximately 67 transactions.  At least 55 of these transactions were each over $10,000.

    50.  From on or about April 5, 2016 through November 15, 2018, PayPal Account 7206 transferred approximately $4,180,752.80 to PayPal Account 1813.

    51.  On or about March 28, 2017 PayPal Account 7206 transferred approximately $33,304 to Beverly Hills Watch Company for the purchase of the defendant Yellow Gold Sky-Dweller watch. This matches a $33,000[8] March 28, 2017 invoice from Beverly Hills Watch Company.

---

[8] The price discrepancy is explained by a PayPal transaction fee.

52.   On or about May 1, 2018, PayPal Account 7206 transferred approximately $32,157.50 to Beverly Hills Watch Company for the purchase of an Audemars Piguet Royal Oak watch.

53.   On or about July 12, 2018, Khudaverdyan PayPal Account 7206 transferred approximately $64,124.30 to Creative Bespoke to lease a 2014 Ferrari 458 coupe.

PayPal Account 4961 From Which the Government Seized
$3,000.00

54.   From on or about January 1, 2016 through October 8, 2018, PayPal Account 4961 received approximately $698,867.79 in proceeds from the unlocking scheme.  The payments included the following:

a.   From on or about January 1, 2016 through October 8, 2018, PayPal Account 4961 received $608,855.17 from transactions associated with "Unlocks 24/7" invoices [paragraphs 44-47 above].

b.   From on or about July 30, 2016 through September 14, 2016, PayPal Account 4961 received approximately $30,155 from PayPal Accounts belonging to the Vira Brothers [paragraphs 31-35 above].

c.   In addition, from on or about June 3, 2016 through December 18, 2017, PayPal Account 7206 received payments for approximately $59,857.62 from individuals/businesses involved in unauthorized device unlocking.  Payments were linked to device unlocking based on email communications about IMEI numbers, text messages concerning device unlocking, PayPal transactions with the words "unlock" in the subject or name, and open source queries on email addresses leading to websites

1  associated with device unlocking.

2      55.   From July 6, 2016 to August 16, 2016, Khudaverdyan

3  made at least eight transfers totaling approximately $187,000

4  from PayPal Account 4961 to Chase Account 6783.

5      56.   From on or about January 5, 2016 through December 30,

6  2016, PayPal Account 4961 transferred approximately $256,500 to

7  PayPal Account 7206.

8      Chase Account 6783 From Which the Government Seized

9      $435,178.53

10     57.   From on or about July 6, 2016 through January 22,

11 2019, Chase Account 6783 received approximately $5,394,472.17 in

12 proceeds from the unlocking scheme.  The payments included the

13 following:

14          a.   From on or about August 2, 2016 through January

15 22, 2019, Chase Account 6783 received approximately

16 $4,869,764.17 in proceeds from PayPal 7206.  At least 55 of

17 these transactions were each over $10,000.

18          b.   From on or about July 6 through August 16, 2016,

19 Chase Account 6783 received approximately $187,000 from PayPal

20 Account 4961.

21          c.   In addition, from on or about September 9, 2016

22 through December 16, 2016 Chase Account 6783 received payments

23 for approximately $337,708 from BlackFlareMedia.  Payments were

24 linked to device unlocking based on email communications about

25 IMEI numbers.

26     58.   From on or about May 4, 2017 through January 4, 2019,

27 ATM withdrawals of proceeds were made from Chase Account 6783 for

28 approximately $26,468.04.

59.   On or about May 9, 2017 and June 19, 2017, Khudaverdyan through Chase Account 6783 made two payments on behalf of Gharehbagloo to Inter Valley Escrow for a total of $650,760.84, (of which at least $645,091.84 was scheme proceeds) in order to purchase a house located in Burbank, CA (the "Burbank Residence).

a.   Khudaverdyan signed gift letters asserting that Khudaverdyan's transfer of the funds were "gifts" for his "cousin" Gharehbagloo, who is not Khudaverdyan's cousin.

b.   On or about June 21, 2017, Gharehbagloo signed a Uniform Residential Loan Application in conjunction with the purchase of the Burbank Residence, on which he falsely averred to J.P. Morgan Chase & Co. [9] that it would be his primary residence and that his assets included a "gift" of $613,260.84.

c.   On or about December 6, 2017, Khudaverdyan emailed his accountant and asked for documents needing his signature to be sent to the Burbank Residence.

d.   On or about June 14, 2018, Khudaverdyan emailed the Assistant Planner for the City of Burbank and stated that he was the owner of the Burbank Residence.

60.   From on about August 2, 2017 through January 3, 2019, Chase Account 6783 made 18 payments for approximately $65,441 to Amwest Funding for the purchase of the Burbank Residence.

61.   From on or about March 1, 2018 through July 6, Chase 6783 Account made 5 transfers to Chase Account 7980 of $600,000.

---

[9] J.P. Morgan Chase & Co. was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation.

62.   On or about January 31, 2018 and March 15, 2018, Chase Account 6783 made 2 transfers to Landmark Escrow for $396,131.56 (of which $394,376.56 was scheme proceeds) in order to purchase a Northridge, CA residence (the "Northridge Residence").

a.   On or about March 15, 2018, Khudaverdyan sent an email which stated that the house will be rented under his sister's name and to call him for payment.

b.   On or about March 15, 2018, Khudaverdyan sent another email and stated that he meant to say that he was buying the house for his sister and that she will be living there.

c.   On or about June 21, 2018, Khudaverdyan and Gharehbagloo received an email from Gharehbagloo's wife, who was the real estate agent for the purchase of the Northridge Residence, with the subject line "Lease agreement," which attached a document that stated" "Agreement between [Khudaverdyan's sister], Owner(s), and Alen Gharehbagloo, tenant(s), for a dwelling located at [Northridge Residence]. Tenant(s) agree to rent this dwelling on a month-to-month basis for $12,900 per month . . . ."

63.   On or about December 26, 2017, Khudaverdyan transferred approximately $30,000 from Chase Account 6783 to First National Bank of Central Texas for the purchase of a 2017 Land Rover Sport utility vehicle.

Chase Account 7980 From Which the Government Seized $600,000.00

64.   From on or about March 21, 2018 to July 6, 2018, Chase Account 6783 received approximately 5 payments of approximately $600,000 in proceeds from Chase Account 6783.

<u>PayPal Account 1813 From Which the Government Seized</u>
<u>$8,085.11</u>

65.    From on or about April 5, 2016 through November 16, 2018, PayPal Account 1813 received approximately $7,688,749.45 in proceeds.  The payments included the following:

a.    From on or about April 5, 2016 through November 15, 2018, PayPal Account 1813 received approximately $4,180,752.80 from PayPal Account 7206.

b.    From on or about March 13, 2017 through August 7, 2018 PayPal Account 1813 received approximately $1,304,326.15 from PayPal accounts belonging to the Vira Brothers [paragraphs 31-35 above].

c.    In addition, from June 14, 2016 through November 16, 2018, PayPal Account 1813 received approximately $2,203,670.50 from individuals/businesses involved in unauthorized device unlocking.  Payments were linked to device unlocking based on email communications about IMEI numbers, text messages concerning device unlocking, PayPal transactions with the words "unlock" in the subject or name, and open source queries on email addresses leading to websites associated with device unlocking.

66.    From on or about April 9, 2016 through December 5, 2018, PayPal Account 1813 transferred approximately $5,349,763.69 of proceeds to Wells Fargo Account 7435.

67.    From on or about February 12, 2016 through September 28, 2017, PayPal Account 1813 transferred $1,235,219.52 in proceeds to PayPal Account 7206.

//

<u>Wells Fargo Account 7435 From Which the Government Seized</u>
<u>$519,700.69</u>

68.   From on or about April 11, 2016 through December 28, 2018, Wells Fargo Account 7435 received approximately $5,824,763.69 in proceeds.  The payments included the following:

a.   From on or about April 11, 2016 through December 5, 2018, Wells Fargo Account 7435 received $5,349,763.69 from PayPal Account 1813.

b.   From on or about January 4, 2018 through March 12, 2018, Wells Fargo Account 7435 received $100,000 from Empire Wireless Group. [paragraphs 42-43 above].

c.   On or about December 18, 2018, Wells Fargo Account 7435 deposited a cashier's check from Argishti Khudaverdyan for $75,000.

d.   On or about December 28, 2018, Wells Fargo Account 7435 deposited a cashier's check from Argishti Khudaverdyan for $300,000.

69.   On or about December 10, 2018, December 13, 2018, and December 24, 2018, Wells Fargo Account 7435 made 3 transfers to Inter Valley Escrow for $1,584,000 in order to purchase a residence in La Cañada Flintridge, CA.

70.   From on or about December 27, 2016 through February 28, 2018, Wells Fargo Account 7435 transferred at least $450,231.45 in proceeds to Wells Fargo Account 9967.

71.   On or about September 13, 2018, Wells Fargo Account 7435 transferred $16,500 to Ticor Title for the purchase of a business property located in Burbank, CA ("the "West Alameda Business").  On or about September 28, 2018, an amount of

$162,753.60 was withdrawn in a cashier's check to pay Ticor Title for the West Alameda Business.

Wells Fargo Account 9967 From which the Government Seized $250,000.00

72.   On December 27, 2016, May 8, 2017, and February 28, 2018 there were three deposits for a total amount of $500,000 (of which $450,231.45 were scheme proceeds) into Wells Fargo Account 9967 from Wells Fargo Account 7435.

FIRST CLAIM FOR RELIEF

73.   Plaintiff incorporates the allegations of paragraph 1-72 above as though fully set forth herein.

74.   Based on the above, plaintiff United States of America alleges that the defendants constitute or are derived from proceeds traceable to violations of 18 U.S.C. §§ 1030 (fraud and related activity in connection with computers), 1343 (wire fraud), and/or 1344 (bank fraud), which are specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B).  The defendants are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).  In addition, to the extent that the defendants are not the actual monies or assets directly traceable to the illegal activity identified herein, plaintiff alleges that the defendants are identical property found in the same account or place as the property involved in the specified offense, rendering the defendants subject to forfeiture pursuant to 18 U.S.C. § 984.

//

//

## SECOND CLAIM FOR RELIEF

75.   Plaintiff incorporates the allegations of paragraph 1-72 above as though fully set forth herein.

76.   Based on the above, plaintiff United States of America alleges that the defendant funds constitute property involved in multiple transactions or attempted transactions in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and/or 1957(a), or property traceable to such property, with the specified unlawful activity being violations of 18 U.S.C. §§ 1030 (fraud and related activity in connection with computers, 1343 (wire fraud) and/or 1344 (bank fraud).  The defendant funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).  In addition, to the extent that the defendant funds are not the actual monies or assets directly traceable to the illegal activity identified herein, plaintiff alleges that the defendant funds are identical property found in the same account or place as the property involved in the specified offense, rendering the defendant funds subject to forfeiture pursuant to 18 U.S.C. § 984.

WHEREFORE, plaintiff United States of America prays:

(a)  that due process issue to enforce the forfeiture of the defendants;

(b)  that due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed;

(c)  that this Court decree forfeiture of the defendants to the United States of America for disposition according to law; and

//

1        (d)  for such other and further relief as this Court may

2    deem just and proper, together with the costs and disbursements

3    of this action.

4    Dated: July 17, 2019          NICOLA T. HANNA
                                    United States Attorney
5                                   BRANDON D. FOX
                                    Assistant United States Attorney
6                                   Chief, Criminal Division
                                    STEVEN R. WELK
7                                   Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
8

9                                    /s/ Ryan Waters
                                    RYAN WATERS
10                                  Special Assistant U.S. Attorney
                                    Asset Forfeiture Section
11
                                    Attorneys for Plaintiff
12                                  UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

                                    VERIFICATION

2          I, Teresa Healy, hereby declare that:

3          1.    I am a Special Agent with the Department of Homeland

4    Security ("DHS"), United States Secret Service ("USSS").

5          2.    I have read the above Verified Complaint for

6    Forfeiture and know its contents.  It is based upon my own

7    personal knowledge and reports provided to me by other law

8    enforcement agents.

9          3.    Everything contained in the Complaint is true and

10   correct, to the best of my knowledge and belief.

11         I declare under penalty of perjury that the foregoing is

12   true and correct.

13         Executed on July 17, 2019 in Los Angeles, California.

14

15                              _Teresa a Healy_____
                                TERESA HEALY
16                              SPECIAL AGENT – USSS

17

18

19

20

21

22

23

24

25

26

27

28