TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-0142
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $1,804,879.22 IN BANK FUNDS, $444,772.66 IN PAYPAL ACCOUNT FUNDS, $12,740.00 IN U.S. CURRENCY AND ONE YELLOW GOLD ROLEX SKY-DWELLER WATCH, <br><br> Defendants. | No. 2:19-cv-06153-SVW-RAO <br><br> PLAINTIFF'S STATUS REPORT REGARDING STAYED CASE |

On September 19, 2019, this Court ordered this action stayed pending the resolution of a related Federal criminal case involving claimants Argishti Khudaverdyan and Alen Gharehbagloo. This Court ordered that plaintiff file a status report every 120 days.

1

On June 6, 2019, a grand jury in this district returned an indictment against claimants Argishti Khudaverdyan and Alen Gharehbagloo in the case of *United States v. Argishti Khudaverdyan and Alen Gharehbagloo*, CR 19-339-SVW. Trial is set for September 21, 2021. The criminal case arises from the same general facts as this forfeiture action. Given the ongoing nature of the related criminal case, plaintiff believes that the stay continues to be warranted pursuant to 18 U.S.C. § 981(g).

Accordingly, plaintiff request that the stay in this case continue in effect pending the resolution of the related criminal matter or upon motion of any party. Plaintiff will file a further status report on September 3, 2021.

Dated: May 3, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 */s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA